UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MISTIE HEARD** | **CIVIL ACTION** |
| VERSUS | NO. 24-690-JWD-RLB |
| **KATHERINE MCNEELY, ET AL.** | |

### OPINION AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 30, 2025 (Doc. 22), to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand (Doc. 5) is **GRANTED.** This matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge. Each party shall bear their own costs.

Signed in Baton Rouge, Louisiana, on February 14, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC - certified